AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2004 APR -6  P 12: 21

U.S. DISTRICT COURT
DISTRICT OF MASS.

DIRECTV, Inc.

V.

Bruce Clark

SUMMONS IN A CIVIL CASE

CASE NUMBER:

03-40250 

TO: (Name and address of Defendant)

Bruce Clark
30 Brown Road
Royalston, MA 01368

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  November 17, 2003

AFFIDAVIT OF SERVICE

STATE OF NEW HAMPSHIRE
HILLSBOROUGH, SS
03/25/2004

    I, DEPUTY SHERIFF JILL CUMMINGS, BEING FIRST DULY SWORN, DEPOSE AND SAY THAT I AM A DULY APPOINTED AND QUALIFIED DEPUTY SHERIFF IN AND FOR SAID COUNTY OF HILLSBOROUGH, AND THAT I AM AUTHORIZED TO SERVE CIVIL PROCESS BY THE LAW OF THE STATE OF NEW HAMPSHIRE THAT ON 03/25/2004, I MADE SERVICE OF THE SUMMONS IN A CIVIL ACTION UPON THE WITHIN NAMED DEFENDANT BY GIVING IN HAND TO BRUCE CLARK BEING AT 21 REED CARR RD., ANTRIM, NH, IN SAID COUNTY, A COPY OF SAID DOCUMENTS AT 7:45 PM.

                                              DEPUTY SHERIFF JILL CUMMINGS

STATE OF NEW HAMPSHIRE
HILLSBOROUGH, SS

    SUBSCRIBED AND SWORN TO, BEFORE ME, ON 03/29/2004.

                                              NOTARY PUBLIC