UNITED STATES DISTRICT COURT
District of Massachusetts

| | | |
|---|---|---|
| DIRECTV, Inc. | ) | Case No.: 03-40250-NMG |
| Plaintiff, | ) | |
| vs. | ) | NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |
| Bruce Clark | ) | |
| Defendant | ) | |

FILED
CLERK'S OFFICE
2004 APR 12 A 9:31
U.S. DISTRICT COURT
DISTRICT OF MASS.

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(i), the Plaintiff discontinues the above-entitled action and dismisses the complaint without prejudice and without cost to either party.

Respectfully Submitted for the Plaintiff,
DIRECTV, Inc.
By Its Attorney,

John M. McLaughlin
**MCLAUGHLIN SACKS**
31 Trumbull Road
Northampton, MA 01060
Telephone: (413) 586-0865
BBO No. 556328

Date

## CERTIFICATE OF SERVICE

I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on this _____ day of _____, 2004, a copy of the foregoing Notice of Dismissal was mailed first class to:

Bruce Clark
21 Reed Carr Road
Antrim, NH 03440


                                                                                             John M. McLaughlin, Esq.